# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.: CV 17-03280 RAO | Date: July 8, 2019 |
| Title: Samuel Hatcher v. The Boeing Company et al. | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE AND VACATING JULY 17, 2019 HEARING**

On May 13, 2019, the Court held a hearing on Haney & Young, LLP's motion to withdraw as counsel for Plaintiff. Dkt. No. 72. The motion to withdraw was granted, and Plaintiff was ordered to obtain new counsel or notify the Court that he is proceeding *pro se* by June 13, 2019. *Id.* To date, no notice of appearance has been filed. **Accordingly, Plaintiff will be deemed to be proceeding *pro se*.** *See id.* (providing that Plaintiff will be deemed to be proceeding *pro se* if new counsel does not appear by June 13, 2019).

The May 13, 2019 order also directed Plaintiff to file an opposition to Defendants' pending motion for summary judgment by July 3, 2019. *Id.* The order advised Plaintiff that if he failed to file a timely opposition, the Court would order him to show cause as to why his case should not be dismissed for failure to prosecute and obey Court orders. *Id.* To date, no opposition has been filed.

Plaintiff is hereby ordered to show cause, in writing, on or before **August 7, 2019**, why this action should not be dismissed for failure to prosecute or comply with Court orders under Federal Rule of Civil Procedure 41(b). The July 17, 2019 hearing for Defendants' pending motion for summary judgment is **HEREBY VACATED**.

**IT IS SO ORDERED.**

| | : |
|---|---|
| | Initials of Preparer  dl |