1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11                                          Case No. CV 17-03280 RAO

12   SAMUEL HATCHER,

13                  Plaintiff,              **JUDGMENT**

14        v.

15   THE BOEING COMPANY, et al.,

16                  Defendants.

17

18        Pursuant to the Court's Order Dismissing Action for Failure to Prosecute,

19        IT IS ORDERED AND ADJUDGED that this action is dismissed without

20   prejudice.

21

22   DATED:  August 20, 2019

23                                          _____
                                            ROZELLA A. OLIVER
24                                          UNITED STATES MAGISTRATE JUDGE

25

26

27

28